this Court. The rule to show cause, issued on June 26, 2000 [*ante*, p. 1257], is discharged.

No. D–2177. IN RE DISBARMENT OF DINGMAN. Harold W. Dingman, of Ooltewah, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2178. IN RE DISBARMENT OF PHILLIPS. John J. Phillips, of Overland Park, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2179. IN RE DISBARMENT OF LEE. Clifford Leon Lee, of Fayetteville, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2180. IN RE DISBARMENT OF CLARK. Wilson Meredith Clark, of Memphis, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2181. IN RE DISBARMENT OF POTTERS. Robert Sands Potters, of Wellesley, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2182. IN RE DISBARMENT OF SANDS. Lawrence M. Sands, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2183. IN RE DISBARMENT OF VINING. Edward C. Vining, Jr., of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.